**MANDATE**

HACT-Hartford
01-cr-52
CHATIGNY

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## ORDER

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 5th day of April, two thousand and five.

PRESENT:

    Hon. John M. Walker, Jr.,
        Chief Judge,
    Hon. Wilfred Feinberg,
    Hon. Richard C. Wesley,
        Circuit Judges.

------------------------------------------------X

UNITED STATES OF AMERICA,

        Appellee,

        v.                        No. 03-1455

WILLIAM A. TRUDEAU, JR.,

        Defendant-Appellant.

------------------------------------------------X

In light of the Supreme Court's decision in United States v. Booker, 125 S. Ct. 738 (2005), and this court's decision in United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), this case is remanded to the district court for further proceedings in conformity with Crosby.

The disposition in the opinion or order previously issued in connection with this appeal is hereby made part of this order and is fully effective, except to the extent that it is inconsistent with the present remand in conformity with Crosby.

Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. See Fed. R. App. P. 3, 4(b).

ISSUED AS MANDATE: 5/6/05

```
1         A party will not waive or forfeit any appropriate argument
2    on remand or on any appeal post-remand by not filing a petition
3    for rehearing of this remand order.
4
5
6                                    FOR THE COURT:
7                                    Roseann B. MacKechnie, Clerk
8
9                                    By: /s/ Lucille Carr
10                                   Lucille Carr, Deputy Clerk
```

A TRUE COPY
Roseann B. MacKechnie, CLERK
by /s/
DEPUTY CLERK