UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL No. 3:01CR-52(RNC) |
| v. | : | |
| WILLIAM A. TRUDEAU, JR. | : | July 1, 2005 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

July 1, 2005                               /s/
Date                                        Signature

                                            Jonathan Biran, AUSA
                                            Print Name

                                            CT- 21922
                                            Federal Bar Number

                                            U.S. Attorney's Office, 157 Church Street
                                            Address

                                            New Haven,    CT           06510
                                            City           State         Zip

                                            (203) 821-3700
                                            Phone Number

**CERTIFICATION**

This is to certify that a copy of the within and foregoing was delivered by First Class mail on this 1st day of July 2005 to the following counsel of record:

Richard S. Cramer, Esq.
449 Silas Deane Hwy.
Wethersfield, CT 06109


___/s/_____
JONATHAN BIRAN
ASSISTANT U.S. ATTORNEY