UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:01CR52 (RNC) |
| WILLIAM A. TRUDEAU, JR. | : | October 13, 2006 |

GOVERNMENT'S APPLICATION FOR EXCEPTION
PURSUANT TO LOCAL CIVIL RULE 30(a)

The Government has scheduled a deposition of the Defendant, William A. Trudeau, Jr., for the purpose of determining the Defendant's ability to pay his restitution debt. The deposition will be held on October 25, 2006. This District's L.Civ.R. 30(a) provides that a deposition is a private proceeding and therefore attendance is generally limited to parties of interest. Any other person may be excluded from the hearing room, unless upon application, an exception is made by the Court. The Government hereby requests that the Probation Officer currently supervising Defendant Trudeau be permitted to attend the deposition. The Government seeks this exception because the Probation Officer is familiar with Defendant Trudeau's current financial situation, and will be able to assist the Government with its assessment of the Defendant's ability to pay. Additionally, observation of Defendant Trudeau's testimony may assist the Probation Office with its duty to ensure that the Defendant complies with all court orders, including this Court's restitution order. Defendant Trudeau was sentenced on July 15, 2003, and ordered to pay restitution in the amount of $458,312.33 within thirty days; and a criminal fine in the amount of $25,000.00 at the rate of $2,000.00 per month. As of October 13, 2006, Defendant Trudeau has failed to satisfy his restitution debt in full, although it is noted that a total of $32,478.63 has been paid.

Based upon the foregoing reasons, and in the interest of the justice, the Government respectfully requests that this application be granted.

        Respectfully submitted,

        Kevin J. O'Connor
        United States Attorney's Office


        Christine Sciarrino
        Assistant United States Attorney
        157 Church Street - 23rd Floor
        New Haven, CT 06510
        (203) 821-3780/Fax: (203) 773-5392
        Federal No. CT3393
        Email: Christine.Sciarrino@usdoj.gov

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 13th day of October, 2006, to:

Harold James Pickerstein, Esq.
30 Jelliff Lane
Southport, CT   06890-1436

_____
Christine Sciarrino