UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 3:01CR52 (RNC) |
| ) | |
| v. ) | |
| ) | |
| WILLIAM A. TRUDEAU, JR. ) | |
| ) | OCTOBER 19, 2006 |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant William A. Trudeau, Jr. ("Mr. Trudeau"), by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), hereby moves this Court for protection from the Government's Subpoena dated October 13, 2006 (the "Subpoena") which commands Mr. Trudeau to appear for a deposition on October 25, 2006 in Bridgeport, Connecticut. A copy of the Subpoena is attached hereto as Exhibit A.

Good cause for issuing a protective order exists because the undersigned counsel is scheduled to appear in an unrelated matter in Hartford, Connecticut on October 25, 2006. Specifically, undersigned counsel is scheduled to appear before the U.S. District Court in Hartford for a hearing related to In re: Grand Jury Subpoena Issued to Lewis Butler, Misc. Civil No. 3:06 MC236 (CFD). The Government will not accommodate our scheduling conflicts in that matter and it does not appear the hearing could be successfully adjourned to a later date. In view of this obvious conflict, undersigned counsel has proposed to the Government that Mr. Trudeau's deposition be rescheduled to a mutually convenient date on or around November 20, 2006. Despite the fact that the undersigned counsel's conflict is unavoidable, the Government has refused to reschedule the deposition. The Government will suffer no

**ORAL ARGUMENT NOT REQUESTED**

MRP/33040/2/80006v1
10/19/06-SPT/

prejudice or injury if this Motion for Protective Order is granted and, therefore, there is no reason to deny Mr. Trudeau's request for a protective order.

WHEREFORE, the undersigned respectfully requests that this Court grant his Motion for Protective Order, along with such other and further relief as this Court deems appropriate.

THE DEFENDANT
WILLIAM A. TRUDEAU, JR.

By: _____
Harold James Pickerstein (ct 05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
Phone: (203) 319-4000
Fax No.: (203) 259-0251
hpickerstein@pepehazard.com

So Ordered.

_____
U.S. District Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via U.S. mail, postage pre-paid, on October 19, 2006 to the following counsel of record:

Christine Sciarrino, Esq.
United States Attorney's Office
157 Church Street, 23rd Flr.
New Haven, Connecticut 06510

_____
Harold James Pickerstein

MRP/33040/2/80006v1
10/19/06-SPT/