UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> WILLIAM A. TRUDEAU, JR. ) <br> ) | 3:01CR52 (RNC) <br><br><br> OCTOBER 19, 2006 |

### DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Defendant William A. Trudeau, Jr. ("Mr. Trudeau"), by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), hereby moves this Court for protection from the Government's Subpoena dated October 13, 2006 (the "Subpoena") which commands Mr. Trudeau to appear for a deposition on October 25, 2006 in Bridgeport, Connecticut. A copy of the Subpoena is attached hereto as Exhibit A.

Good cause for issuing a protective order exists because the undersigned counsel is scheduled to appear in an unrelated matter in Hartford, Connecticut on October 25, 2006. Specifically, undersigned counsel is scheduled to appear before the U.S. District Court in Hartford for a hearing related to <u>In re: Grand Jury Subpoena Issued to Lewis Butler</u>, Misc. Civil No. 3:06 MC236 (CFD). The Government will not accommodate

---

October 20, 2006

Endorsement Order: <u>United States v. Trudeau</u> 3:01-CR-52 (RNC)

Re: <u>Def.'s Mot. For Protective Order</u>

Granted. The deposition is hereby postponed from October 25, 2006, until the soonest practicable date during the following week (i.e. on or before November 2, 2006). Counsel are hereby ordered to confer promptly in order to establish a new date for taking the deposition within this time frame. So ordered.

Robert N. Chatigny, U.S.D.J.