**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:01CR52 (RNC) |
| WILLIAM A. TRUDEAU, JR. | : | October 24, 2006 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street
New Haven, CT 06510
Tel. (203) 821-3780
Fax. (203) 773-5392
Federal No. CT3393
E-MAIL:CHRISTINE.SCIARRINO@USDOJ.GOV

CERTIFICATION

______This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 24th day of October, 2006, to:

Richard S. Cramer
250 Hudson St.
Hartford, CT 06103

________________________________
Christine Sciarrino