UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:01CR52 (RNC) |
| WILLIAM A. TRUDEAU, JR. | : | November 28, 2006 |

### GOVERNMENT'S APPLICATION FOR EXCEPTION PURSUANT TO LOCAL CIVIL RULE 30(a)

The Government has scheduled a deposition of the Defendant, William A. Trudeau, Jr.'s wife, Heather Bliss, for the purpose of determining the Defendant's ability to pay his restitution debt. The deposition will be held on December 5, 2006. This District's L.Civ.R. 30(a) provides that a deposition is a private proceeding and therefore attendance is generally limited to parties of interest. Any other person may be excluded from the hearing room, unless upon application, an exception is made by the Court. The Government hereby requests that the Probation Officer currently supervising Defendant Trudeau be permitted to attend the deposition. The Government seeks this exception because the Probation Officer is familiar with Defendant Trudeau's current financial situation, and will be able to assist the Government with its assessment of the Defendant's ability to pay. Additionally, observation of the deposition may assist the Probation Office with its duty to ensure that the Defendant complies with all court orders, including this Court's restitution order.

Based upon the foregoing reasons, and in the interest of the justice, the Government respectfully requests that this application be granted.

>Respectfully submitted,
>
>Kevin J. O'Connor
>United States Attorney's Office
>
>*/s/ Christine Sciarrino*
>
>Christine Sciarrino
>Assistant United States Attorney
>157 Church Street - 23rd Floor
>New Haven, CT 06510
>(203) 821-3780/Fax: (203) 773-5392
>Federal No. CT3393
>Email: Christine.Sciarrino@usdoj.gov

## Certification

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 28th day of November, 2006, to:

Harold James Pickerstein, Esq.
30 Jelliff Lane
Southport, CT   06890-1436

_____
Christine Sciarrino