# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

United States

v.

Trudeau

**APPEARANCE**

CASE NUMBER: 3:01CR52(RNC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Heather Bliss

FILED 2006 DEC -1 P 1:23 U.S. DISTRICT COURT NEW HAVEN, CT

---

**Date** 11/30/06

**Connecticut Federal Bar Number** CT25373

**Telephone Number** (203) 259-4488

**Fax Number** (203) 255-8084

**E-mail address** attymusto@sbcglobal.net

**Signature**

**Print Clearly or Type Name** Anthony J. Musto

**Address** 2 Sherman Court
Fairfield, CT 06824

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Attorney Christine Sciarrino
Assistant U.S. Attorney
157 Church St., 23rd Floor
New Haven, CT 06510

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001