UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------------------------------x
UNITED STATES OF AMERICA,                              )
                                                       )  NO.: 3:01-cr-00052(RNC)
                                                       )
v.                                                     )
                                                       )
                                                       )
                                                       )
                                                       )
WILLIAM A. TRUDEAU, JR.                                )  January 25, 2007
-------------------------------------------------------x
```

**APPEARANCE**

Please enter the appearance of Harold James Pickerstein on behalf of the defendant, William A. Trudeau, Jr.

Dated at Southport, Connecticut, this 25th day of January, 2007.

Respectfully submitted,

By:_____
Harold James Pickerstein (ct 05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
hpickerstein@pepehazard.com

HJP/33040/2/81913v1
01/25/07-SPT/

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of January, 2007 to the following:

Christine Sciarrino
Assistant United States Attorney
United States District Court
157 Church Street
New Haven, CT 06510

_____
Harold James Pickerstein

HJP/33040/2/81913v1
01/25/07-SPT/