UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
UNITED STATES OF AMERICA,             )
                                      )   NO.: 3:01-cr-00052(RNC)
                                      )
v.                                    )
                                      )
                                      )
                                      )
                                      )
WILLIAM A. TRUDEAU, JR.               )   January 25, 2007
------------------------------------------------------------x

## MOTION FOR LEAVE TO TRAVEL OUTSIDE OF THE CONTINENTAL UNITED STATES

William Trudeau, the defendant in the above entitled action, moves the court for an order permitting him to travel outside of the continental United States to Quito, Ecuador, from April 14 to April 22, 2007. In support of this motion the defendant represents:

1. On April 17, 2003, the defendant was sentenced by this court to a term of imprisonment of 22 months, to be followed by a term of supervised release of three years. Additionally, the defendant was ordered to pay restitution in the total amount of $458,312.33, and was fined $25,000., to be paid at the rate of $2,000 per month.

2. The defendant has served his term of imprisonment, and is presently on supervised release. He has been making payments toward his fine regularly as ordered by the Court, and is in full compliance with his supervised release.

3. The defendant is married to Heather Bliss, and lives in Westport, Connecticut, with Ms. Bliss, with their child, and with Ms. Bliss' two sisters, Kaeli, age 16 and Emilie, age 18.

HJP/33040/2/81917v1
01/25/07-SPT/

4. Emilie is a junior at Staples High School in Westport. For the current school year, Emilie is a foreign exchange student in Quito, Ecuador.

5. The foreign exchange program in which Emilie is participating is hosting a program for the students and their families in Quito, Ecuador, during the week of April 14, 2007, and the defendant and his wife are anxious to attend the program along with Kaeli.

6. The defendant's United States Passport was surrendered to the Clerk of the United States District Court for the District of Connecticut, where it is still being held. Should the court permit the defendant to travel as requested, the defendant will return his passport to the Clerk of the United States District Court upon his return to the United States.

7. The United States Probation Officer supervising the defendant has indicated that he has no objection to the granting of this order.

WHEREFORE, the defendant moves the Court for an order permitting him to travel to Quito, Ecuador, from April 14 to April 22, 2007, and authorizing the Clerk of the United States District Court for the District of Connecticut to release his passport for purposes of this travel.

Respectfully submitted,

By: _____
Harold James Pickerstein (ct 05094)
Pepe & Hazard LLP
30 Jelliff Lane
Southport, CT 06890
(203) 319-4000
(203) 259-0251 fax
hpickerstein@pepehazard.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 25th day of January, 2007 to the following:

Christine Sciarrino
Assistant United States Attorney
United States District Court
157 Church Street
New Haven, CT 06510

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Harold James Pickerstein (ct05094)