93

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED
2007 JAN 29 P 12: 01
DISTRICT COURT
HARTFORD

-----------------------------------------------------------x
UNITED STATES OF AMERICA,    )
          )   NO.: 3:01-cr-00052(RNC)
          )
v.          )
          )
          )
WILLIAM A. TRUDEAU, JR.    )   January 25, 2007
-----------------------------------------------------------x

## MOTION FOR LEAVE TO TRAVEL OUTSIDE OF
## THE CONTINENTAL UNITED STATES

William Trudeau, the defendant in the above entitled action, moves the court for

an order permitting him to travel outside of the continental United States to Quito,

Ecuador, from April 14 to April 22, 2007.  In support of this motion the defendant

represents:

    1.   On April 17, 2003, the defendant was sentenced by this court to a term of

imprisonment of 22 months, to be followed by a term of supervised release of three

FILED
2007 MAR -2 A
DISTRICT CO
HARTFORD, C

March 1, 2007.  <u>USA v. William A. Trudeau, Jr.</u>
          3:01CR0052(RNC)

Re:  Motion for Leave to Travel Outside of the Continental United
    States [doc. 93]

Denied.  Permitting the defendant to incur expenses for
discretionary international travel while he owes restitution of
more than $450,000 would be inconsistent with the intent of his
sentence and would send the wrong message to the defendant and
his victims.  So ordered.

Robert N. Chatigny, U.S.D.J.