UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------------------x
UNITED STATES OF AMERICA,          )
                                   )   NO.: 3:01-cr-00052(RNC)
                                   )
v.                                 )
                                   )
                                   )
                                   )
                                   )
WILLIAM A. TRUDEAU, JR.            )   April 3, 2008
------------------------------------------------------------x

### MOTION FOR RETURN OF PASSPORT

William Trudeau, the defendant in the above entitled action, moves the court for an order that his United States Passport, which has been lodged with the Clerk of the United States District Court as a part of his pre-trial release, be released to him in the care of his undersigned attorney. In support of this motion, the defendant represents:

1. The defendant has served both the incarceratory part and the supervised release part of his sentence.

2. Since the defendant has satisfied the sentence that was imposed in this case, and has been discharged from supervised release, his United States Passport, which was deposited with the Clerk as part of his pre-trial release, should be released to him.

                                        Respectfully submitted,


                                        By:  /s/ Harold James Pickerstein
                                        Harold James Pickerstein (ct 05094)
                                        Pepe & Hazard LLP
                                        30 Jelliff Lane
                                        Southport, CT 06890
                                        (203) 319-4000
                                        (203) 259-0251 fax
                                        hpickerstein@pepehazard.com

HJP/33040/2/88425v1
04/02/08-SPT/

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed, postage prepaid, this 3rd day of April, 2008 to the following:

Christine Sciarrino
Assistant United States Attorney
United States District Court
157 Church Street
New Haven, CT  06510

By: /s/ Harold James Pickerstein

HJP/33040/2/88425v1
04/02/08-SPT/