# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA      :

VS.        :    Docket No. 3:01CR52 (RNC)

WILLIAM A. TRUDEAU, JR.    :    April 23, 2008

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR RETURN OF PASSPORT

The Government hereby provides notice that the Defendant, William A. Trudeau, is also a defendant in a criminal matter currently pending before the Connecticut Superior Court at Danbury, in a case styled *State v. William Arthur Trudeau, Jr.*, docket number DBD-CR07-0130452-S. On April 23, 2008, the State's Attorney filed a Motion to Modify Conditions of Release and to Surrender Passport in the pending matter against Defendant Trudeau. Undersigned counsel has been advised by the State's Attorney's Office that it anticipates that its motion will be decided by the Superior Court on April 28, 2008 and that, in the event the motion is granted, the State's Attorney has requested that Defendant Trudeau's passport be surrendered to state authorities.

Accordingly, in light of the state criminal matter now pending against Defendant Trudeau, the Government respectfully requests that arrangements be made to ensure that Defendant Trudeau's passport be turned over to the appropriate state authorities. Thus, the Government requests that should this Court grant Defendant Trudeau's motion for return of passport, that the passport either (1) be returned to Defendant Trudeau's counsel, with direction that his counsel comply with any other Court's requirements concerning surrender of the passport; or (2) that the Clerk be directed to turn over the passport directly to state authorities.

In the alternative, the Government requests that this Court grant a brief extension of time, *nunc pro tunc*, until April 28, 2008, to enter any order with respect to Defendant Trudeau's passport, so that this Court may take into consideration the status of Defendant Trudeau's pending state court matter.

Respectfully submitted,

Nora R. Dannehy
Acting United States Attorney's Office

Christine Sciarrino
Assistant United States Attorney
157 Church Street - 23rd Floor
New Haven, CT 06510
(203) 821-3780/Fax: (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

2

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 23rd

day of April, 2008, to:


Harold James Pickerstein, Esq.
30 Jelliff Lane
Southport, CT   06890-1436


_____
Christine Sciarrino