UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VS. | :     Docket No. 3:01CR52 (RNC) |
| WILLIAM A. TRUDEAU, JR. | :     May 12, 2008 |

GOVERNMENT'S SUPPLEMENTAL RESPONSE TO DEFENDANT'S
MOTION FOR RETURN OF PASSPORT

The Government hereby supplements its previous response to the Defendant's Motion for Return of Passport by reporting to this Court concerning the criminal matter currently pending before the Connecticut Superior Court at Danbury, in a case styled *State v. William Arthur Trudeau, Jr.*, docket number DBD-CR07-0130452-S. On April 23, 2008, the State's Attorney filed a Motion to Modify Conditions of Release and to Surrender Passport in the pending matter against Defendant Trudeau. Attached is a copy of the Superior Court's Order, dated April 28, 2008, in which it granted the State's motion "as to surrender of passport only". The State requested that Defendant Trudeau's passport be surrendered to the Newtown Police Department.

Accordingly, in light of the Superior Court's Order concerning Defendant Trudeau's passport, the Government respectfully requests that the Defendant's motion for return of passport be denied, and that the Clerk be directed to turn over the passport directly to the Newtown Police Department.

Respectfully submitted,

Nora R. Dannehy
Acting United States Attorney's Office

Christine Sciarrino
Assistant United States Attorney
157 Church Street - 23rd Floor
New Haven, CT 06510
(203) 821-3780/Fax: (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

<u>Certification</u>

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 12th day of May, 2008, to:

Harold James Pickerstein, Esq.
30 Jelliff Lane
Southport, CT   06890-1436

_____
Christine Sciarrino