| | | |
|---|---|---|
| DBD CR07-0130452-S-S | : | SUPERIOR COURT |
| STATE OF CONNECTICUT | : | JUDICIAL DISTRICT OF DANBURY |
| V. | : | AT DANBURY |
| WILLIAM ARTHUR TRUDEAU, JR. | : | APRIL 23, 2008 |

### STATE'S MOTIONS TO MODIFY CONDITIONS OF RELEASE AND TO SURRENDER PASSPORT

Pursuant to Practice Book §§ 38-13 et seq, the state, as the prosecuting authority, moves that the defendant surrender his passport to the Newtown Police Department as a condition of his release and order that the defendant not leave the State of Connecticut during the pendency of the above case for which he is out on a $100,000 surety bond. The defendant's passport is currently in the custody of the United State's Attorneys Office and they will release to the Newtown Police Department.

STATE OF CONNECTICUT

_____
Stephen J. Sedensky, III
State's Attorney
Office of the State's Attorney
146 White St.
Danbury, CT 06810
(203) 207-8670
Fax - (203) 207-8684

## ORDER

The foregoing motion, having been presented to the court, it is hereby ordered (GRANTED)/DENIED as follows: as to surrender of passport only

The Court
_____
Judge
Reynolds J
4/28/08

## ORDER

## CERTIFICATION

This is to certify that on the above date a copy of the foregoing motion was mailed and sent via facsimile to Attorney Ross Garber and by mail to Bondsman Philip Jacobs.

April 23, 2008

_____
Stephen J. Sedensky, III, Esq.