UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
UNITED STATES OF AMERICA,            )
                                     )   NO.: 3:01-cr-00052(RNC)
                                     )
v.                                   )
                                     )
                                     )
                                     )
                                     )
WILLIAM A. TRUDEAU, JR.              )   April 3, 2008
-----------------------------------------------------x
```

## MOTION FOR RETURN OF PASSPORT

William Trudeau, the defendant in the above entitled action, moves the court for an order that his United States Passport, which has been lodged with the Clerk of the United States District Court as a part of his pre-trial release, be released to him in the care of his undersigned attorney. In support of this motion, the defendant represents:

1. The defendant has served both the incarceratory part and the supervised release part of his sentence.

2. Since the defendant has satisfied the sentence that was imposed in this case, and has been discharged from supervised release, his United States Passport, which was deposited with the Clerk as part of his pre-trial release, should be released to him.

Respectfully submitted,

May 28, 2008    United States v. Trudeau, No. 3:01-CR-052(RNC)

Re: Motion for Return of Passport [Doc. 95]:

Defendant's request that his passport be released to him in the care of his counsel of record in this case, Harold James Pickerstein, Esq., is hereby granted on the understanding that defendant's counsel will take necessary action to comply with the Connecticut Superior Court's order of April 28, 2008, in the pending case of State v. Trudeau, No. DBD CR07-0130452-S-S, granting the prosecutor's request that the passport be surrendered to the Newtown Police Department. So ordered.

/s/ Robert N. Chatigny, USDJ
Robert N. Chatigny, U.S.D.J.